LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
BRIAN D BUCKLEY (WSBA No. 26423)
bbuckley@fenwick.com
ESTHER GALAN (CSB No. 335763)
egalan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:     415.281.1350

Attorneys for AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID TERPENING, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-03739 [YGR]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:       Hon. Yvonne Gonzalez Rogers<br>Trial Date:  None Set |

WHEREAS, David Terpening ("Plaintiff") filed its Complaint in this action on May 18, 2021;

WHEREAS, Plaintiff served its Complaint on Defendant Amazon.com, Inc. ("Defendant") in this action on May 25, 2021;

WHEREAS, the parties have met and conferred and agreed that Defendant shall have a one month of time, until July 15, 2021, to move, answer, or otherwise respond to the Complaint.

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendant may move, answer, or otherwise respond to the Complaint by July 15, 2021   This

stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated:   June 15, 2021         FENWICK & WEST LLP


By:   */s/ Laurence F. Pulgram*
      Laurence F. Pulgram

*Attorneys for Defendant Amazon.com, Inc.*


Dated:   June 15, 2021         ZIMMERMAN REED, LLP


By:   */s/ Caleb Marker*
      Caleb Marker

*Attorneys for Plaintiff David Terpening*

## ATTESTATION

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

   */s/ Laurence F. Pulgram*
   Laurence F. Pulgram